UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE ADOMA,

         Plaintiff,

    v.

THE UNIVERSITY OF PHOENIX, INC., et al.,

         Defendants.
_____/

NO. CIV. S-10-0059 LKK/GGH

O R D E R

    A status conference was held in chambers on March 15, 2010. After hearing, the court orders as follows:

    1.   A further status conference is set for June 21, 2010 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: March 17, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1