UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE ADOMA,

        Plaintiff,

    v.

THE UNIVERSITY OF PHOENIX, INC., et al.,

        Defendants.
_____/

NO. CIV. S-10-0059 LKK/GGH

O R D E R

Defendants in the above-captioned matter have noticed a motion to dismiss for hearing on April 19, 2010. Due to court congestion, the court CONTINUES this hearing until Monday, April 26, at 10:00 a.m. This order does not extend the deadline for defendants' reply memorandum, which shall be filed according to the initial hearing date. Local Rule 230(c).

IT IS SO ORDERED.

DATED: April 6, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1