1  JOHN S. BATTENFELD, SBN 119513
   email: jbattenfeld@morganlewis.com
2  JASON S. MILLS, SBN 225126
   email: jmills@morganlewis.com
3  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue, Twenty-Second Floor
4  Los Angeles, California  90071-3132
   Tel.  213.612.2500
5  Fax: 213.612.2501

6  Attorneys for Defendants
   UNIVERSITY OF PHOENIX, INC. and APOLLO
7  GROUP, INC

8
   MICHAEL L. TRACY, SBN 237779
9  email: mtracy@michaeltracylaw.com
   MEGAN ROSS HUTCHINS, SBN 227776
10 email: mhutchins@michaeltracylaw.com
   LAW OFFICES OF MICHAEL TRACY
11 2030 Main Street, Suite 1300
   Irvine, California  92614
12 Tel.  949.260.9171
   Fax: 866.365.3051
13
   Attorneys for Plaintiff
14 DIANE ADOMA

15
16                        UNITED STATES DISTRICT COURT
17                        EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  DIANE ADOMA, an individual, on behalf of herself and others similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General, | Case No.  CV10-00059 LKK-GGH  **ORDER REGARDING STIPULATION RE CONTINUANCE OF PLAINTIFF'S MOTION FOR COLLECTIVE ACTION CERTIFICATION** |
| 21              Plaintiff, | Room: 4 |
| 22              vs. | Judge:  Hon. Lawrence K. Karlton |
| 23  THE UNIVERSITY OF PHOENIX, INC., an Arizona corporation; APOLLO GROUP, INC., an Arizona corporation; and DOES 1 through 10, inclusive, | |
| 26              Defendants. | |

27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21677575.1

[PROPOSED] ORDER REGARDING STIPULATION RE CONTINUANCE OF PLAINTIFF'S MOTION FOR
COLLECTIVE ACTION CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com

Having read the foregoing Stipulation and good cause appearing therefor, the Court GRANTS the Stipulation to continue Plaintiff's Motion for Collective Action Certification and ORDERS the following:

1. The hearing date on Plaintiff's Motion for Collective Action Certification is continued for a period of four weeks from May 24, 2010, to June 21, 2010;

2. The deadline for Defendants to file and serve an Opposition to Plaintiff's Motion for Collective Action Certification is continued from May 10, 2010, to June 7, 2010.  The deadline for Plaintiff to file a Reply in support of her Motion for Collective Action Certification is continued from May 17, 2010, to June 14, 2010;

3. The running of the statute of limitations as to the FLSA cause of action is hereby tolled for a period of four weeks, for each putative California collective action member, if any, who elects to opt into this action.

**IT IS SO ORDERED**

DATED: April 22, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

Dated:    April 20, 2010            MORGAN, LEWIS & BOCKIUS LLP

By _____/s/_____
Jason S. Mills
Attorneys for Defendants
UNIVERSITY OF PHOENIX, INC.
and APOLLO GROUP, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2
DB2/21677575.1
[PROPOSED] ORDER REGARDING STIPULATION RE CONTINUANCE OF PLAINTIFF'S MOTION FOR COLLECTIVE ACTION CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com