JOHN S. BATTENFELD, SBN 119513
email: jbattenfeld@morganlewis.com
JASON S. MILLS, SBN 225126
email: jmills@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, California 90071-3132
Tel. 213.612.2500
Fax: 213.612.2501

Attorneys for Defendants
UNIVERSITY OF PHOENIX, INC. and APOLLO GROUP, INC

MICHAEL L. TRACY, SBN 237779
email: mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, SBN 227776
email: mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, California 92614
Tel. 949.260.9171
Fax: 866.365.3051

Attorneys for Plaintiff
DIANE ADOMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ADOMA, an individual, on behalf of herself and others similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF PHOENIX, INC., an Arizona corporation; APOLLO GROUP, INC., an Arizona corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV10-00059 LKK-GGH<br><br>**ORDER REGARDING STIPULATION RE CONTINUANCE OF PLAINTIFF'S MOTION FOR COLLECTIVE ACTION CERTIFICATION**<br><br>Room: 4<br>Judge: Hon. Lawrence K. Karlton |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21713317.2

[PROPOSED] ORDER REGARDING STIPULATION RE CONTINUANCE OF PLAINTIFF'S MOTION FOR COLLECTIVE ACTION CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com

Having read the foregoing Stipulation and good cause appearing therefor, the Court GRANTS the Stipulation to continue Plaintiff's Motion for Collective Action Certification and ORDERS the following:

1. The hearing date on Plaintiff's Motion for Collective Action Certification is continued for a period of seven weeks from June 21, 2010, to August 9, 2010;

2. The deadline for Defendants to file and serve an Opposition to Plaintiff's Motion for Collective Action Certification is continued from June 7, 2010, to July 12, 2010. The deadline for Plaintiff to file a Reply in support of her Motion for Collective Action Certification is continued from June 14, 2010, to July 26, 2010;

3. The running of the statute of limitations as to the FLSA cause of action is hereby tolled for a period of seven weeks (for a total of eleven weeks) for each putative California collective action member, if any, who elects to opt into this action.

4. The Further Status Conference is continued for a period of seven weeks from June 21, 2010 until August 9, 2010 at 1:30 p.m.

**IT IS SO ORDERED**

DATED: May 18, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Respectfully Submitted by

Dated:   May 14, 2010              MORGAN, LEWIS & BOCKIUS LLP

By          /s/Jason S. Mills
   Jason S. Mills
   Attorneys for Defendants
   UNIVERSITY OF PHOENIX, INC.
   and APOLLO GROUP, INC.

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

2
DB2/21713317.2

[PROPOSED] ORDER REGARDING STIPULATION RE CONTINUANCE OF PLAINTIFF'S MOTION FOR COLLECTIVE ACTION CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com