UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE ADOMA,

                                    NO. CIV. S-10-0059 LKK/GGH

        Plaintiff,

     v.

                                    O R D E R

THE UNIVERSITY OF PHOENIX,
INC., et al.,

        Defendants.
_____/

    Plaintiffs have timely noticed a motion for class certification under Fed. R. Civ. P. 23 for hearing on August 9, 2010--the same day on which the court will hear plaintiffs' motion for collective certification under the Fair Labor Standards Act. Defendants have filed an ex parte application to continue the hearing on the motion for class certification and thereby continue the deadline by which defendants must respond. (Dtk. No. 54). For the reasons stated in plaintiffs' opposition (Dkt. No. 55) the court DENIES the application.

    Plaintiffs suggest that they would be willing to waive their

1  right to file a reply, and thereby provide defendants with an

2  additional week in which to oppose without postponing the hearing

3  date.  While this arrangement may work for the parties, it would

4  not provide the court with sufficient time to review the papers in

5  advance of the hearing.  The court nonetheless EXTENDS the time in

6  which defendants may oppose by two days: defendants' opposition may

7  be filed no later than 5 p.m. on Wednesday, July 28, 2010.

8  Plaintiffs may still file a reply no later than August 2, 2010.

9       IT IS SO ORDERED.

10      DATED:  July 16, 2010.

11

12

13  _____

14  LAWRENCE K. KARLTON
    SENIOR JUDGE
15  UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

                                    2