UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE ADOMA,

        Plaintiff,

    v.

THE UNIVERSITY OF PHOENIX, INC., et al.,

        Defendants.

        NO. CIV. S-10-0059 LKK/GGH

O R D E R

This case is currently scheduled for a status conference on Monday, August 9, 2010, to be heard in conjunction with the pending motions for class certification under Fed. R. Civ. P. 23 and collective certification under the Fair Labor Standards Act. It appears to the court that the disposition of these motions will significantly impact the scheduling of this case. Accordingly, the court CONTINUES the status conference until September 20, 2010, at 2:30 p.m.

    IT IS SO ORDERED.

    DATED: August 5, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1