IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE ADOMA, et al.,

    Plaintiffs,                    No. CIV S-10-0059 LKK GGH

    vs.

THE UNIVERSITY OF PHOENIX, INC. et al.,

    Defendants.              <u>ORDER</u>

_____/

        Defendants have filed an ex parte request to stay the hearing date on plaintiffs' motions to compel discovery until the district court rules on jurisdiction. After reviewing the application, IT IS ORDERED that: Defendants' ex parte application to stay the September 2, 2010 hearing date, filed August 26, 2010, (dkt. # 75), is denied.

DATED: August 30, 2010

                                /s/ Gregory G. Hollows

                            UNITED STATES MAGISTRATE JUDGE

GGH:076/Adoma0059.hrg.wpd