UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE ADOMA,

          Plaintiff,

    v.

THE UNIVERSITY OF PHOENIX, INC., et al.,

          Defendants.

                                 NO. CIV. S-10-0059 LKK/GGH

O R D E R

A status conference was held in chambers on September 20, 2010. After hearing, the court orders as follows:

1. A further status conference is set for October 12, 2010 at 10:00 a.m. at the conclusion of the law and motion hearing.

IT IS SO ORDERED.

DATED: September 23, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT