UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE ADOMA,

          Plaintiff,

    v.

THE UNIVERSITY OF PHOENIX, INC., et al.,

          Defendants.
_____/

NO. CIV. S-10-0059 LKK/GGH

O R D E R

    This court granted class certification in this wage-and-hour class action on August 13, 2010. Defendants filed a petition for permission to appeal the class certification with the Ninth Circuit. On September 28, 2010, defendants filed a motion to stay proceedings in this court until the Ninth Circuit's disposition of defendants' petition for permission to appeal, or alternatively, throughout the entire appeal process if the Ninth Circuit granted defendant's petition for permission to appeal. Def.'s Mot. for a Stay, ECF No. 97. The motion to stay was set for hearing on November 8, 2010.

1

1    On November 3, 2010, the Ninth Circuit denied defendant's
2 petition for permission to appeal class certification.
3 Accordingly, defendant's motion to stay, ECF No. 97 is DENIED as
4 moot. The hearing on this matter, set for November 8, 2010 is
5 VACATED.
6    IT IS SO ORDERED.
7    DATED: November 3, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2