UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE ADOMA,

          Plaintiff,

    v.

THE UNIVERSITY OF PHOENIX, INC., et al.,

          Defendants.
_____/

NO. CIV. S-10-0059 LKK/GGH

O R D E R

    Pending before the court in the above captioned case are the parties' cross-motions for partial summary judgment (Doc. Nos. 112, 113), currently set to be heard on February 14, 2011. Due to a court scheduling conflict, the court CONTINUES the hearing to February 28, 2011 at 10:00 AM. The deadlines for the filing of replies, if any, are unchanged.

    IT IS SO ORDERED.

    DATED: February 2, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT