MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff DIANE ADOMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIANE ADOMA, an individual, and MICHELLE ABBASZADEH, an individual, on behalf of themselves and others similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF PHOENIX, INC. , AN ARIZONA CORPORATION; APOLLO GROUP, INC., AN ARIZONA CORPORATION;<br><br>Defendants. | Case No.: CV10-00059-LKK-GGH<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that this entire case has settled.  The Motion for Preliminary approval of a class action settlement will be filed within 21 days

///

-1-

following this notice, pursuant to Local Rule 160.

DATED: February 27, 2012          LAW OFFICES OF MICHAEL TRACY

　　　　　　　　　　　　　　　　　　/s/ Michael Tracy
                          By:     _____
                                  MICHAEL TRACY, Attorney for Plaintiff
                                  DIANE ADOMA