UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE ADOMA, et al.,

    Plaintiffs,

  v.

THE UNIVERSITY OF PHOENIX, INC., et al.,

    Defendants.
_____/

NO. Civ.S-10-0059 LKK/GGH

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case.  The court now orders that the motion for preliminary approval of a class action settlement be filed no later than twenty-one (21) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

////

1

1 | <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
2 |     IT IS SO ORDERED.
3 |     DATED:  February 28, 2012.
4 |
5 |
6 |
7 |                                LAWRENCE K. KARLTON
                               SENIOR JUDGE
8 |                                UNITED STATES DISTRICT COURT

2