MICHAEL L. TRACY, SBN 237779
email: mtracy@michaeltracylaw.com
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, California 92614
Tel. 949.260.9171
Fax: 866.365.3051

Attorneys for Plaintiffs
DIANE ADOMA and MICHELLE ABBASZADEH

JOHN S. BATTENFELD, SBN 119513
email: jbattenfeld@morganlewis.com
JASON S. MILLS, SBN 225126
email: jmills@morganlewis.com
KATHY H. GAO, SBN 259019
email: kgao@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, California 90071-3132
Tel. 213.612.2500
Fax: 213.612.2501

Attorneys for Defendants
THE UNIVERSITY OF PHOENIX, INC. and APOLLO GROUP, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ADOMA, an individual, and MICHELLE ABBASZADEH, an individual, on behalf of themselves and others similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney Generals,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF PHOENIX, INC., an Arizona corporation; APOLLO GROUP, INC., an Arizona corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV10-00059 LKK-GGH<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT**<br><br>Room: 4<br>Judge: Hon. Lawrence K. Karlton |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT

DB2/ 23075781.1

Having considered the Parties' Joint Stipulation to Continue the Deadline to File a Motion for Preliminary Approval of a Class Action Settlement and good cause appearing therefore, the Court GRANTS the Stipulation and ORDERS the following:

1. The deadline to file the motion for preliminary approval of a class action settlement shall be continued by 12 days to April 16, 2012.

**IT IS SO ORDERED.**

DATED: April 5, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

Dated:   April 3, 2012            MORGAN, LEWIS & BOCKIUS LLP

By   /s/ John S. Battenfeld
     John S. Battenfeld
     Attorneys for Defendants
     UNIVERSITY OF PHOENIX, INC. and
     APOLLO GROUP, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT
DB2/ 23075781.1