**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIANE ADOMA, an individual, and MICHELLE ABBASZADEH, an individual, on behalf of themselves and others similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF PHOENIX, INC. , AN ARIZONA CORPORATION; APOLLO GROUP, INC., AN ARIZONA CORPORATION;<br><br>    Defendants. | Case No.: CV10-00059-LKK-GGH<br><br>**ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Lawrence K. Karlton<br>Depart: 4<br><br>Date Filed: January 8, 2010 |

**IT IS SO ORDERED:**

1. Plaintiff may file their third amended complaint ("TAC") within three (3) days following this order.

-1-

2. Defendant will not be required to file a response to Plaintiff's third amended complaint ("TAC").

DATED: April 25, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT