# EXHIBIT B

*Diane Adoma, et al. v. The University of Phoenix, Inc., et al.*
United States District Court for the Eastern District of California
Case No. CV10-00059-LKK-GGH

**August 15, 2012**

«Barcode»    «BarcodeString»
             SIMID  «SIMID»
             «FirstName» «LastName»
             «Address1» «Address2»
             «City» «State»  «Zip»

Dear «FirstName»,

On July 31, 2012, our office mailed to you a Notice packet including a Claim Form in the *Diane Adoma, et al. v. The University of Phoenix, Inc., et al.* class action settlement case.

We have since learned that the start date of the Class Period set forth on the claim form was inaccurate. The original claim form mailed to you incorrectly stated the start date of April 5, 2012 and the correct start date is April 5, 2005.

The Class definition includes and means: All current and former Enrollment Counselors ("ECs") of The University of Phoenix, Inc. ("UOP") who worked in California during the period April 5, 2005 through June 19, 2012, and who are existing members of the Class certified by the Court on August 31, 2010.

Please direct any questions to:

*Diane Adoma, et al. v. The University of Phoenix, Inc., et al.*
Claims Administrator
c/o Simpluris, Inc.
P.O. Box 26170
Santa Ana, CA 92799
(877) 273-3413 - Telephone

Thank you,

Simpluris, Inc.