# EXHIBIT C

October 09, 2012
Case Manager Name : Mary Butler
Case Manager Email : mbutler@simpluris.net
Case Manager Direct Line : (714) 824-8590 ext. 1143

## Adoma et al. v. The University of Phoenix, Inc., et al.
*United States District Court, Eastern District of California, Sacramento Division*
Case No. CV10-00059-LKK-GGH

**Plaintiff Counsel**

*Michael L. Tracy /  Law Offices of Michael Tracy*

**Defense Counsel**

*Jason S. Mills / Morgan, Lewis & Bockius LLP*
*Kathy H Gao / Morgan, Lewis & Bockius*
*John S. Battenfeld / Morgan, Lewis & Bockius LLP*

**Case Milestones**  **Total Class Members :** 1,725

| | |
|---|---|
| Preliminary Approval Hearing | June 19, 2012 |
| Notification Mailing | August 07, 2012 |
| Claim Deadline | October 06, 2012 |
| Opt Out Deadline | October 06, 2012 |
| Objection Deadline | October 06, 2012 |
| Final Approval Hearing | November 05, 2012 |

**Response Summary**

*"Total Responses Submitted" is based on responses processed as of date reflected on the report.*

| Claim Form | Total | Rates |
|---|---|---|
| Valid | 548 | 31.76% |
| Invalid | 6 | 0.34% |
| Pending | 3 | 0.17% |
|     Late | 0 | 0% |
|     Deficient | 3 | 0.17% |
|     Dispute | 0 | 0% |
| Total Submitted | 557 | 32.28% |
| **Opt Out Form** | **Total** | **Rates** |
| Valid | 0 | 0% |
| Invalid | 0 | 0% |
| Pending | 0 | 0% |
|     Late | 0 | 0% |
|     Deficient | 0 | 0% |
| Total Submitted | 0 | 0% |
| **Total Responses Submitted** | **557** | **32.28%** |

## Mailing Details

| Mailing Title | Mailed | Returned | Remailed | Undeliverable |
|---|---|---|---|---|
| Existing Class Notice Packet | 1,619 | 391 | 385 | 45 |
| Interim Class Notice Packet | 106 | 2 | 3 | 0 |
| Correction Mailing for Existing Members | 0 | 0 | 0 | 0 |

800-779-2104 / Fax - 714-824-8591
www.simpluris.net

Orange County
3176 Pullman Street, Suite 123, Costa Mesa, CA 92626

Orlando
1485 S. Semoran Blvd., Suite 6 - 1401, Winter Park, FL 32792